UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

vs.                                                                      CRIMINAL NO. 3:06CR00161KS-MTP

KELVIN A. FEAZELL                                                                            DEFENDANT

## ORDER ALLOWING REMISSION OF FINE

THIS CAUSE came on for consideration on United States' Motion for Remission of Fine [#36] in accordance with the provisions of 18 U.S.C. § 3573.

The Court has considered the Motion and finds that it is well-taken and should be granted.

WHEREFORE, PREMISES CONSIDERED, the unpaid portion of the fine imposed on February 16, 2007, is hereby remitted.

SO ORDERED, this the    17th    day of April, 2017.


    s/Keith Starrett
HONORABLE KEITH STARRETT
UNITED STATES DISTRICT JUDGE